UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IZZAT NAZER,<br><br>                              Petitioner,<br><br>     -against-<br><br>MANHATTAN DISTRICT ATTORNEY;<br>WARDEN AT RIKERS ISLAND,<br><br>                              Respondent. | 24cv2713 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the June 21, 2024, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  June 21, 2024
          New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      Chief United States District Judge